FILED
11/30/2018 2:35 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L012920

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

OMOAYENA WILLIAMS, )
)
    Plaintiff, )
)
    v. )
)   No.     **2018L012920**
JON D. KOLLADA, individually and as agent )
and servant of TOPLINE TRUCK TRAILER & )
AUTO SERVICE, LLC and TOPLINE TRUCK )
TRAILER & AUTO SERVICE, LLC, )
)
    Defendants. )

## COMPLAINT AT LAW

NOW COMES the Plaintiff, OMOAYENA WILLIAMS, by and through his attorneys,

COSTELLO, MCMAHON, BURKE & MURPHY, LTD., and complaining of the Defendants,

JON D. KOLLADA, individually and as agent and servant of TOPLINE TRUCK TRAILER &

AUTO SERVICE, LLC and TOPLINE TRUCK TRAILER & AUTO SERVICE, LLC, states as

follows:

    1.     That on or about December 22, 2016, I-94 ran in a generally northerly and southerly

direction in Chicago, Cook County, Illinois.

    2.     That on or about December 22, 2016, Defendant, TOPLINE TRUCK TRAILER &

AUTO SERVICE, LLC owned a certain motor vehicle which was being operated, managed and

controlled by Defendant, JON D. KOLLADA, individually and as agent and servant of

TOPLINE TRUCK TRAILER & AUTO SERVICE, LLC, in a northerly direction on I-94 near

79th Street in Chicago, Cook County, Illinois.

    3.     That at the aforesaid time and place, Plaintiff, OMOAYENA WILLIAMS, operated

a certain motor vehicle in a northerly direction on I-94 near 79th Street in Chicago, Cook County,



Illinois.

4. That at the aforesaid time and place, the Defendants, JON D. KOLLADA and TOPLINE TRUCK TRAILER & AUTO SERVICE, LLC, owed the Plaintiff the duty of exercising ordinary care in the operation of Defendants' vehicle.

5. That notwithstanding said duty, the Defendant, JON D. KOLLADA, individually and as agent and servant of TOPLINE TRUCK TRAILER & AUTO SERVICE, LLC, was then and there guilty of one or more of the following negligent acts and/or omissions:

    a. Operated, managed, maintained, and controlled a motor vehicle so that as a direct and proximate result thereof the Plaintiff was injured;

    b. Operated a motor vehicle without keeping a proper and sufficient lookout;

    c. Failed to operate his vehicle in a single lane of traffic;

    d. Failed to yield the right-of-way to Plaintiff;

    e. Changed lanes when it was unsafe to do so.

6. That as a direct and proximate result of one or more of the foregoing negligent acts and/or omissions of the Defendants, the vehicle operated by Defendant, JON D. KOLLADA, collided with the vehicle operated by Plaintiff, OMOAYENA WILLIAMS.

7. That as a direct and proximate result of said collision, Plaintiff, OMOAYENA WILLIAMS, sustained personal injury and disfigurement, has and will in the future sustain pain and suffering, has and will be kept from attending her ordinary affairs and duties, has and will in the future become obligated to pay sums of money for medical and hospital care and attention, has lost and will in the future lose financial gains that she otherwise would have acquired and has been diminished in her earning capacity.

2

FILED DATE: 11/30/2018 2:35 PM    2018L012920

FILED DATE: 11/30/2018 2:35 PM   2018L012920

Wherefore, the Plaintiff, OMOAYENA WILLIAMS, asks for judgement against the

Defendants, JON D. KOLLADA and TOPLINE TRUCK TRAILER & AUTO SERVICE, LLC,

and each of them, in a fair and reasonable sum in excess of FIFTY THOUSAND ($50,000)

DOLLARS and the costs of bringing this lawsuit.


Respectfully submitted,

COSTELLO, MCMAHON & BURKE, LTD.
Attorneys for Plaintiff


By:_____
       Andrew P. Allen


Atty. No.: 62049
Costello, McMahon, Burke & Murphy, Ltd.
Attorneys for Plaintiff
150 N. Wacker Dr., Suite 3050
Chicago, IL  60606
(312) 541-9700
service@costellaw.com

3

| | | |
|---|---|---|
| 2120-Served | 2121-Served | **FILED** |
| 2220-Not Served | 2221-Not Served | 1/4/2019 9:37 AM |
| 2320-Served By Mail | 2321-Served By Mail | DOROTHY BROWN |
| 2420-Served By Publication | 2421-Served By Publication | CIRCUIT CLERK |
| **SUMMONS** | **ALIAS SUMMONS** | ~~COOK COUNTY, IL~~ |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

OMOAYENA WILLIAMS, )
                     )
        Plaintiff, )
                     )
        v. )              2018L012920
                     )   No.
JON D. KOLLADA, individually and as agent )
and servant of TOPLINE TRUCK TRAILER & )   Please serve:  Mr. Jon D. Kollada
AUTO SERVICE, LLC and TOPLINE TRUCK )                  3483 Snow Creek Road
TRAILER & AUTO SERVICE, LLC, )                   Bakersville, NC 28705
                     )
        Defendants. )

### SUMMONS

To Defendant:

    **YOU ARE SUMMONED** and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room *801, Chicago, IL 60602) within 30 Days after service of this summons, not counting the day of service. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.
**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

                                                12/3/2018

WITNESS.....................................................................

11/30/2018 2:35 PM DOROTHY BROWN

....................................................................
                                   Clerk of Court

Atty. No. 62049
Atty Name: Andrew P. Allen, Esq.
Name: COSTELLO, MCMAHON, BURKE & MURPHY, LTD.
Address: 150 N. Wacker Drive, Suite 3050        Date of Service:....................., 2018
City: Chicago, IL 60606                    (To be inserted by officer on copy left
Phone: (312) 541-9700                       with Defendant or other person)
primary email: service@costellaw.com

      **DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL**

160- 12-13-2018 2:25pm Door Tag Left



DEFENDANT'S EXHIBIT

2

FILED
1/4/2019 9:37 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

OMOAYENA WILLIAMS,                    )
                                      )
       Plaintiff,                )
                                      )
       v.                        )    No. 2018 L 012920
                                      )
JON D. KOLLADA, individually and as agent )
and servant of TOPLINE TRUCK TRAILER & )
AUTO SERVICE, LLC and TOPLINE TRUCK )
TRAILER & AUTO SERVICE, LLC,          )
                                      )
       Defendants.               )

### NOTICE OF FILING

TO:   Clerk of the Circuit Court.
       (No appearances have been filed.)

    **PLEASE TAKE NOTICE** that we have filed with the Clerk of the Circuit Court of the
County Department, Law Division, the attached *Proof of Service of Defendant, Jon Kollada.*

**COSTELLO, MCMAHON, BURKE,**
**& MURPHY, LTD.**
150 North Wacker Drive, Suite 3050
Chicago, IL 60606
(312) 541-9700
Atty #: 26146



DEFENDANT'S
EXHIBIT
3

**RETURN OF SERVICE**

I certify that this :                .    WAS RECEIVED AND SERVED AS FOLLOWS:

FILED DATE: 1/4/2019 9:37 AM   2018L012920

| Date Served: *12-13-2018* | Name of Supporting Party: *Jon D Kollada* |
|---|---|

✓  By delivering to the supporting party named above a copy of this Order.

_____ By leaving a copy of this Order at the dwelling house or usual place of abode of the supporting party named above with a person of suitable age and discretion then residing therein.

Name and address of person with whom copies left:

*Jon   D   Kollada        3483   Snow Creek Rd*

_____ The supporting party WAS NOT served for the following reason:

| Date received: | Name of Sheriff: *D. Street* |
|---|---|
| Date of return: *12-13-18* | County: *Mitchell* |
| Service Fee: ___ paid  ___ due | Deputy Sheriff Making Return: *N. Bowman* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OMOAYENA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| JON D. KOLLADA, individually and as | ) | |
| agent and servant of TOPLINE TRUCK | ) | |
| TRAILER & AUTO SERVICE, LLC and | ) | |
| TOPLINE TRUCK TRAILER & AUTO | ) | |
| SERVICE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF JON D. KOLLADA

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

1. I have been named as a defendant in a Complaint at Law filed by plaintiff Omoayena Williams. Plaintiff alleges that I was involved in a motor vehicle accident which took place on December 22, 2016 in Chicago.

2. As of the alleged accident date, I resided and was domiciled in North Carolina. On December 13, 2018, and while I still resided and was domiciled in North Carolina, a local sheriff in Mitchell County, North Carolina served me with a summons and copy of plaintiff's complaint filed in this lawsuit.

3. After I was served with process in North Carolina, I moved my sole home residence to 2494 Arrowhead Circle, South Bend, Indiana 46628. I intend to reside and remain domiciled in Indiana indefinitely. At the present time and going forward, I consider myself to be a resident of and domiciled in the State of Indiana.

4. I am represented by counsel and hereby consent to the removal of this lawsuit from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois.

Further affiant sayeth not.

Jon D. Kollada

DEFENDANT'S
EXHIBIT
4

2120-Served                    2121-Served
2220-Not Served                2221-Not Served
2320-Served By Mail            2321-Served By Mail
2420-Served By Publication     2421-Served By Publication
**SUMMONS**                    **ALIAS SUMMONS**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

OMOAYENA WILLIAMS,                    )
                                      )
    Plaintiff,    )
                                      )
    v.             )
                                      )
JON D. KOLLADA, individually and as agent   )
and servant of TOPLINE TRUCK TRAILER &      )
AUTO SERVICE, LLC and TOPLINE TRUCK         )
TRAILER & AUTO SERVICE, LLC,                )
                                      )
    Defendants.    )

FILED
2/13/2019 10:21 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L012920

No. 2018 L 012920

Please serve:  Topline Tuck Trailer & Auto
c/o Ricky Dale McKinney, Jr.
277 Camground Road
Old Fort, NC 28762

### ALIAS SUMMONS

To Defendant:

    **YOU ARE SUMMONED** and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room *801, Chicago, IL 60602) within 30 Days after service of this summons, not counting the day of service. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.
**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

WITNESS........................................................., 2019

2/13/2019 10:21 AM DOROTHY BROWN

...................................................
Clerk of Court

Atty. No.  62049
Atty Name: Andrew P. Allen, Esq.
Name: COSTELLO, MCMAHON, BURKE & MURPHY, LTD.
Address: 150 N. Wacker Drive, Suite 3050
City: Chicago, IL 60606
Phone: (312) 541-9700
primary email: service@costellaw.com

Date of Service:......................, 2019
(To be inserted by officer on copy left
with Defendant or other person)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL**

FILED DATE: 2/13/2019 10:21 AM 2018L012920


DEFENDANT'S
EXHIBIT
5

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| 3-1-19 | 140 | ☐ AM ☒ PM | Ricky D McKinney |

☒ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: (specify).

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: (specify).

☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| | |

Address Of Premises Where Posted

| Service Fee | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | RS |
| Date Received | Name Of Sheriff (Type Or Print) |
| | RT Buchanan |
| Date Of Return | County Of Sheriff |
| 3-11-19 | McDowell |

AOC-CVM-100, Side Two, Rev. 6/11
© 2011 Administrative Office of the Courts



DEFENDANT'S
EXHIBIT
6

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OMOAYENA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| JON D. KOLLADA, individually and as | ) | |
| agent and servant of TOPLINE TRUCK | ) | |
| TRAILER & AUTO SERVICE, LLC and | ) | |
| TOPLINE TRUCK TRAILER & AUTO | ) | |
| SERVICE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF RICKY McKINNEY

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

1.      I am a member and employee of Topline Truck Trailer & Auto Service, L.L.C. ("Topline Truck"), which is named as a defendant in a Complaint at Law filed by plaintiff Omoayena Williams. I have reviewed the subject Complaint at Law.

2.      Based upon my membership, experience and various duties with Topline Truck, I am familiar with the corporate citizenship and organization of Topline Truck.

3.       At all times from prior to December 22, 2016, to the present, Topline Truck has been a North Carolina limited liability company. As of December 22, 2016, Topline Truck maintained its headquarters and principal place of business at 8091 Highway 221 North, Marion, North Carolina 28752. Subsequent thereto and through the present, Topline Truck has maintained its headquarters and principal place of business at 277 Campground Road, Old Fort, North Carolina 28762.

4.      At all times relevant, I have been the sole LLC member of Topline Truck and I have maintained my sole personal residence at 277 Campground Road, Old Fort, North Carolina 28762. I intend to reside and remain domiciled in North Carolina indefinitely. At this time and going forward, I consider myself to be a resident of and domiciled in the State of North Carolina.



DEFENDANT'S EXHIBIT
tabbies®
7

5.    Furthermore, I am Topline Truck's registered agent with a formal registered address of 277 Campground Road, Old Fort, North Carolina 28762. Accordingly, I understand Topline Truck to be a citizen and resident of, and domiciled in, the state of North Carolina at all times relevant.

6.    On March 11, 2019, a local McDowell County, North Carolina sheriff's officer served process on me in my capacity as Topline Truck's registered agent. Process was served at or near 277 Campground Road, Old Fort, North Carolina 28762, and included copies of the attached Complaint at Law and the Alias Summons addressed to Topline Truck.

Further Affiant Sayeth Not.

Ricky McKinney

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OMOAYENA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| JON D. KOLLADA, individually and as | ) | |
| agent and servant of TOPLINE TRUCK | ) | |
| TRAILER & AUTO SERVICE, LLC and | ) | |
| TOPLINE TRUCK TRAILER & AUTO | ) | |
| SERVICE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF MARK G. POULAKIDAS

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

1.      I am an attorney licensed to practice in the State of Illinois. I am lead counsel for defendants in the above-captioned action.

2.      I have reviewed an itemization of plaintiff Omoayena Williams' claimed medical bills totaling approximately $9,000.00 and a claim for lost wages that exceeds $29,000.

3.      Based upon all damages information available to defendants, including the damages allegations contained in plaintiff's Complaint at Law, I believe there is a reasonable probability that the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

Further Affiant Sayeth Not.

_____
Mark G. Poulakidas



DEFENDANT'S EXHIBIT
8
tabbies

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OMOAYENA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| JON D. KOLLADA, individually and as | ) | |
| agent and servant of TOPLINE TRUCK | ) | |
| TRAILER & AUTO SERVICE, LLC and | ) | |
| TOPLINE TRUCK TRAILER & AUTO | ) | |
| SERVICE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## **AFFIDAVIT OF COREY FERTEL**

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

1.      I am a licensed private investigator in the State of Illinois and have been so licensed since 1998. I am over the age of 18 years old and I am not a party to the above-captioned action.

2.      As part of my daily job duties, I investigate and determine correct addresses of individuals and corporate entities, serve process in civil lawsuits, and provide related Affidavits for filing in Federal and state courts. Regarding the above-captioned action, I have investigated the residence addresses of plaintiff Omoayena Williams.

3.      Based upon my investigation, I believe Omoayena Williams' current home address is located within Cook County, Illinois. Further, I believe Omoayena Williams has resided at the same home address continuously since before December 22, 2016 to the present. My investigation included searches of public records and utility records.

4.      I have also exhausted all resources for locating any alternative residential addresses for Omoayena Williams. The following resources were exhausted: Aircraft ownership, Bankruptcies, Judgments & Liens, Domain Registrations, Government Employee Loans or Contracts, Merchant Vessels, National Property Ownership, Phone Directory, Pilot's License, Inmate Search, Social Security Death Index, Driver's License Search, and Professional License Search.



Further Affiant Sayeth Not.

_____
Corey Fertel