# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Omoayena Williams

                        Plaintiff,

v.                                           Case No.: 1:19−cv−02388

                                                   Honorable John Z. Lee

Jon D Kollada, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 30, 2019:

      MINUTE entry before the Honorable John Z. Lee: Defendant's motion to dismiss pursuant to settlement [33] is granted. This case is dismissed with prejudice pursuant to settlement with each party to bear their own fees and costs. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.